In the Matter of LOUISE WEINER et al., Respondents, against GUSTAVE A. JOACHIM et al., Constituting the Board of Elections of Rockland County, Defendants, and LOUIS LEWIS, et al., Appellants.

Argued August 6, 1942; decided August 6, 1942.

*Copal Mintz* and *Benjamin C. Ribman* for appellants.

*Allen Goodwin* for respondents.

Order affirmed, without costs; no opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and DESMOND, JJ.